DeMOSS, Circuit Judge,
dissenting:
For the same reasons identified in my dissent to the majority’s opinion in Garcia Carias v. Holder, I dissent from the majority’s decision in this case.[3] Here, the majority holds that the departure bar to motions for reconsideration fails Chevron step one in light of 8 U.S.C. § 1229a(c)(6)(A). The majority opinion relies entirely on the plain language of the statute, which it notes is “textually analogous” to the statute at issue in Garcia Carias. As discussed in my dissent in Garcia Carias, I find the majority’s view untenable and therefore respectfully dissent.

. We heard Garcia Carias and this case as companion cases. In Garcia Carias, a majority of this panel held that the departure bar to motions to reopen is invalid under Chevron in light of 8 U.S.C. § 1229a(c)(7)(A).